# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**

Maciej Slomba

Debtor(s)

Case No.:  15-34702
Chapter:   13
Hearing Date:  1/29/16

Judge A. Benjamin Goldgar (Lake)

## NOTICE OF MOTION

TO:     Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF

Maciej Slomba, Debtor(s), 90 E Franklin Place, Lake Forest, IL 60045

Olena Slomba, Co-Debtor, 1301 N. Western Avenue, Unit #119, Lake Forest, IL 60045

Paul M. Bach, Attorney for Debtor(s), 900 Jorie Boulevard Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

PLEASE TAKE NOTICE that on the 1/29/16, at 9:30AM, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, Bankruptcy Judge, in the courtroom usually occupied by him/her at the North Branch Court (Round Lake Beach), 1792 Nicole Lane, Round Lake Beach, IL 60073 or before any other Bankruptcy Judge who may be sitting in his/her place and stead, and shall then and there present this Motion of the undersigned, a copy of which is attached hereto and herewith served upon you, and shall pray for the entry of an Order in compliance therewith, at which time you may appear if you so desire.

## PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed above, as to the Trustee and Debtor's attorney via electronic notice on January 4, 2016 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 4, 2016.

/s/ Joel P. Fonferko
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-06538)**

NOTE: This law firm is a debt collector.

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on January 4, 2016 and as to the debtor and co-debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on January 4, 2016.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Maciej Slomba, Debtor(s), 90 E Franklin Place, Lake Forest, IL 60045
Olena Slomba, Co-Debtor, 1301 N. Western Avenue, Unit #119, Lake Forest, IL 60045
Paul M. Bach, Attorney for Debtor(s), 900 Jorie Boulevard Suite 150, Oak Brook, IL 60523 by electronic notice through ECF

/s/ Joel P. Fonferko
Attorney for Movant

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-06538)**

NOTE: This law firm is a debt collector.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

**IN RE:**

Maciej Slomba

Case No.:  15-34702
Chapter:   13
Hearing Date:  1/29/16

Debtor(s) | Judge A. Benjamin Goldgar (Lake)

---

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY**

---

**NOW COMES** LAKE FOREST BANK AND TRUST, (hereinafter "Movant"), by and through its attorneys, Codilis & Associates, P.C., and moves this Honorable Court pursuant to 11 U.S.C. §362(d) and §1301(c)  for an Order granting Movant relief from the automatic stay and co-debtor stay and in support thereof states as follows:

1.      This Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Northern District of Illinois, Eastern Division;

2.      The Debtor is indebted to Movant for which the Movant claims a valid security interest in the property commonly known as 1301 N. Western Avenue Unit #119, Lake Forest, IL 60045;

3.      Enforcement of this security interest has been stayed automatically by operation of 11 U.S.C. §362 of the Bankruptcy Code upon Debtor filing of this petition on 10/13/15;

4.      Movant is entitled to relief from the automatic stay under 11 U.S.C. Section 362(d) for the following reason(s):

         a.      According to the chapter 13 plan, the aforementioned property known as 1301 N. Western Avenue Unit #119, Lake Forest, IL 60045 is to be surrendered;

b.     As of 12/28/2015, the Debtor(s) is/are past due for the 11/1/15, and all amounts coming due since that date.  Any payments received after this date may not be reflected in this default;

c.     As of 12/28/2015, the total post-petition default through and including 12/1/15, is $3,247.76.  Any payments received after this date may not be reflected in this default.  This amount includes post-petition attorney fees in the amount of $1,026.00;

d.     On 01/01/2016, the default will increase to $4,358.64 and will continue to increase as additional amounts become due;

5.     This Court has authority to order that Rule 4001(a)(3) is not applicable to the order entered in granting this motion, and Movant requests this Court so order;

6.     Movant has incurred attorney fees and/or costs in connection with this bankruptcy proceeding which have been included in the calculation of any default figures quoted herein subject to court approval, including:

$850.00    for Preparation of Notice and Motion for Relief from the
           Automatic Stay, and prosecution of same
$176.00    for Court filing fee

7.     That the subject note and mortgage are co-signed by Olena Slomba and that to the extent that the co-debtor stay of 11 U.S.C. §1301 applies to real estate loans, it applies to Olena Slomba and grounds exist for relief therefrom under 11 U.S.C. §1301(c)(1) as the co-debtor received an ownership interest in the house and under 11 U.S.C. §1301(c)(3) if the automatic stay is modified therein;

**WHEREFORE,** LAKE FOREST BANK AND TRUST prays this Court enter an Order pursuant to 11 U.S.C. Section 362(d) and Section 1301(c) modifying the automatic stay and co-debtor stay as to Movant, allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

Dated this January 4, 2016.

Respectfully Submitted,

Codilis & Associates, P.C.

By: /s/ Joel P. Fonferko

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-14-06538)**

NOTE: This law firm is a debt collector.